FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| Ubiolabs, Inc, et al. |
| --- |
| Plaintiff, |
| v. |
| United States, et al. |
| Defendant. |

Court No.:   20-02233

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Ubiolabs, Inc, et al._____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Patrick David Gill _____.

Date: 10-18-2022

/S/ T. Randolph Ferguson
Attorney

Sandler Travis & Rosenberg, P.A.
Firm

414 Jackson Street, Ste. 200
Street Address

San Francisco, CA 94111
City, State and Zip Code

415-490-1401
Telephone Number

rferguson@strtrade.com
E-mail Address